**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Mirna Ferla<br>Debtor(s) | BK No: 1:21-bk-10850<br><br>Chapter 13 |

### ORDER GRANTING MOTION FOR RELIEF FROM
### CO-DEBTOR STAY, (this relates to Document #49)

The Court, having considered the Motion for Relief from Co-Debtor Stay, (Doc. #49); filed by U.S. Bank Trust National Association and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) U.S. Bank Trust National Association is granted relief from the Co-Debtor stay imposed under 11 U.S.C. § 1301 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

206 Goddard Row, Newport, RI 02840

(2) The 14-day stay of this order imposed under Federal Bankruptcy Rule 4001(a)(3) applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: 4/21/2022

Entered on Docket: 4/21/2022
Document Number: 61

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*