**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Mirna Ferla

Debtor(s)

BK No. 1:21–bk–10850

Chapter 13

---

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
*(this relates to Doc. # 54 )*

This matter, having been scheduled for hearing on 6/15/2022 on the confirmation of the Debtor's Plan (Doc. # 54 ) ; and the Chapter 13 Trustee, having represented to the court that, with the agreement of the Debtor, confirmation of the Plan can be denied; and the court having vacated the confirmation hearing scheduled for 6/15/2022 ; it is hereby **ORDERED** that **CONFIRMATION IS DENIED.**

Pursuant to LBR 3015–3(e), when confirmation is denied, the court may enter an order dismissing the chapter 13 case, unless, within fourteen (14) days after entry of this Order Denying Confirmation:

- the debtor files an amended plan;
- the debtor moves to convert the case to one under another chapter of the Code;
- the debtor files a motion for reconsideration;
- the debtor appeals the order denying confirmation;
- the debtor requests timely relief under R.I. LBR 1017(b); or
- the court orders otherwise.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **6/15/22**

Entered on Docket: **6/15/22**
Document Number: **68 – 54**

174b.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*