| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Mirna Ferla | |
| Debtor 2 _____ (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____   District of   RHODE ISLAND (State) | |
| Case number   1:21-bk-10850 | |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| Name of creditor: | U.S. Bank Trust National Association, Not In Its Individual Capacity, But Solely As Trustee Of LSRMF MH Master Participation Trust II | Court claim no. (if known) | 12 |
|---|---|---|---|
| Last four digits of any number you use to identify the debtor's account: | XXXXXX0931 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/18/2022, | (5) | $ 600.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review | 12/30/2021 | (11) | $ $350.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Mirna Ferla | Case number (*if known*) | 1:21-bk-10850 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

**Part 2:   Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Maria  Tsagaris                    Date  04/13/2022
   Signature

Print:  Maria                Tsagaris           Title  Authorized Agent
        First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell              GA           30076
         City                 State        ZIP Code

Contact phone  678-281-6532          Email  Maria.Tsagaris@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**In re:**                                    )
                                              ) **Case No.** 1:21-bk-10850
Mirna Ferla                                   ) **Chapter** 13
                                              )
                                              ) **JUDGE:** Diane Finkle

### EXHIBIT B

ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $350.00 |
| | 12/30/2021 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $350.00 |
| Bankruptcy/Proof of Claim Fees | | | $600.00 |
| | 02/18/2022 | Preparation and Filing of Proof of Claim | $600.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                                $950.00

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 1:21-bk-10850 |
| Mirna Ferla | Chapter: 13 |
| | Judge: Diane Finkle |

## CERTIFICATE OF SERVICE

I, Maria Tsagaris, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Mirna Ferla
182 Pocahontas Drive
Warwick, RI 02888

Jack D. Pitts                                                                                    *(served via ECF Notification)*
635 Killingly Street
Johnston, RI 02919

John Boyajian, Trustee                                                                    *(served via ECF Notification)*
John Boyajian, Trustee
400 Westminster St. Ste 54
Rhode Island
Providence, RI 02903

Gary L. Donahue                                                                            *(served via ECF Notification)*
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    04/13/2022        By:    /s/Maria Tsagaris
                    (date)                        Maria Tsagaris
                                                        Authorized Agent for U.S. Bank Trust National Association,
                                                        Not In Its Individual Capacity, But Solely As Trustee Of
                                                        LSRMF MH Master Participation Trust II